IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVELES BULLARD**                                                                                    **PLAINTIFF**
**ADC # 131228**

VS.                                              **4:23-CV-00496-BRW-JTK**

**JEROME EASON, et al.**                                                                          **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

2. I recommend that this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 10th day of July, 2023.

                                                                                  _____
                                                                                  BILLY ROY WILSON
                                                                                  UNITED STATES DISTRICT JUDGE